UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **WAIVER OF INDICTMENT** |
| v. | * | |
| | * | |
| KAREN HILL | * | CRIMINAL NO. 17-139-CG |

I, **KAREN HILL**, the above named defendant, who is accused of Conspiracy to violate the Anti-Kickback Statute, in violation of Title 18, U.S.C., Section 371, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on July 11, 2017, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
KAREN HILL
Defendant

_____
Lisa Noller, Counsel for Defendant

Before _____
    *Judicial Officer*

FILED IN OPEN COURT
JUL 11 2017
CHARLES R. DIARD, JR.
CLERK